IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 0 8 2005
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 7:04CR00141 |
| ) | |
| v. ) | **ORDER** |
| ) | By: Glen E. Conrad |
| FIRE SAFETY PRODUCTS, INC., ET AL. ) | United States District Judge |

This court previously granted the government's motion to subpoena documents and records from sixty-eight customers of Fire Safety Products, Inc. pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure. Defendants Fire Safety Products, Inc. and Randall Leon Maxwell have moved to quash these subpoenas.

For the reasons stated in a hearing held on June 8, 2005, it is hereby

**ORDERED**

that the defendants' motions to quash are granted in part and denied in part. The government shall reissue the subpoenas with the modifications discussed during the hearing. Specifically, the government may only request the production of invoices from Fire Safety Products, Inc. for hydrostatic testing of cylinders and the customers' corresponding cancelled checks. Upon agreement of all parties, in lieu of providing cancelled checks, the customers to whom the subpoenas are directed may submit a signed affidavit stating that all invoices were paid.

The Clerk is directed to send a certified copy of this order to all counsel of record.

ENTER: This 8th day of June, 2005

_____
United States District Judge